THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIGNAL 88, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SEAN "BRAD" MASTERSON, an individual; EYEY LLC, a Washington limited liability company; NORTHERN SKY, LLC, a Washington limited liability company; WASHINGTON SECURITY SERVICES INC., a Washington corporation,<br><br>Defendants. | Case No. 2:25-cv-01156-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE FOR SIGNAL 88, LLC'S MOTION TO DISMISS** |

The Court having reviewed the parties' stipulation for additional time to respond and reply to Plaintiff Signal 88, LLC's ("Signal") Motion to Dismiss (Dkt. 96), IT IS HEREBY ORDERED:

1. Defendant Masterson's response shall be due on February 1, 2027; and

2. Signal's Reply shall be due on February 15, 2027.

DATED this 23rd day of November 2026.

The Honorable Barbara J. Rothstein
United States District Judge



BALLARD SPAHR LLP
1301 SECOND AVENUE SUITE 2800
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

BALLARD SPAHR LLP

By: *s/ Pilar C. French*

Jennifer M. Beyerlein, WSBA No. 35754
Pilar C. French, WSBA No. 33300
Daniel A. Kittle, WSBA No. 43340
beyerleinj@ballardspahr.com
frenchp@ballardspahr.com
kittled@ballardspahr.com
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Tel: 206.223.7000

Attorneys for Plaintiff